IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00801-RTG

EDISON G. GUAMAN TONATO,

    Petitioner,

v.

JUAN BALTASAR, Warden/Administrator, Denver Contract Detention Facility
TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and
KRISTI NOEM, U.S. Secretary of Homeland Security,

    Respondents.

## MINUTE ORDER

ENTERED BY SENIOR U.S. DISTRICT JUDGE LEWIS T. BABCOCK

    Petitioner's Motion for Immediate Release (ECF No. 2) is **denied without prejudice** as premature. To proceed with this action, Plaintiff must first cure the filing deficiencies as ordered by the Court. (*See* ECF No. 4).

Dated: March 2, 2026